IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAMIEN JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-0353 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JOHN DOE PRIVATE CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 19) in that the Plaintiff failed to comply with the Court's Order. (Docket Entry No. 16). t Plaintiff was required to file with the Court an explanation showing cause for his failure to serve Defendants: Dr. Renee Glenn and John Doe Private Company within 120 days after the filing of the Complaint.

After de novo review, the Court **ADOPTS** the Report and Recommendation (Docket Entry No. 19) and this action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 31st day of March, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge